# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES GREEN
ADC #113257                                                    PETITIONER

v.                          No. 5:18-cv-211-DPM

WENDY KELLEY, Director, ADC                                    RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 10, and overrules Green's objections, № 11. FED. R. CIV. P. 72(b)(3). Green's petition is untimely; and he hasn't cleared the high bars of equitable tolling and actual innocence. His petition will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2019