IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES GREEN
ADC #113257                                              PETITIONER

v.                    No. 5:18-cv-211-DPM

WENDY KELLEY, Director, ADC                              RESPONDENT

## JUDGMENT

Green's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2019