IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES GREEN
ADC #113257                                                    PETITIONER

v.                          No. 5:18-cv-211-DPM

WENDY KELLEY, Director, ADC                                    RESPONDENT

## ORDER

Motion, № 14, denied. The Court declined to issue a certificate of appealability several months ago; and nothing in Green's new paper changes that conclusion. № 12; 28 U.S.C. § 2253(c). The Court directs the Clerk to send Green another copy of № 10, 11, 12 & 13 and a copy of the docket sheet.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

25 July 2019