IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES GREEN
ADC #113257                                                                PETITIONER

v.                              No. 5:18-cv-211-DPM

WENDY KELLEY, Director, ADC                                RESPONDENT

## ORDER

1. Green's motion for more time to file a notice of appeal, № 17, is denied. Green hasn't shown that he meets the requirements for reopening the time to appeal. FED. R. APP. P. 4(a)(6).

2. Green's second motion for more time to request a certificate of appealability, № 16, is denied. The Court already denied a similar motion; and nothing in the new paper forwarded by the Court of Appeals changes that conclusion. № 14 & № 15.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2019